**570**

TRANSPORT WORKERS UNION OF AMERICA, AFL–CIO, LOCAL NO. 514, et al.

v.

AMERICAN AIRLINES INC., a corporation.

No. 6493.

United States Court of Appeals Tenth Circuit.

Nov. 4, 1960.

Ungerman, Grabel, Ungerman, Leiter & Unruh, Tulsa, Okl., and Asher W. Schwartz, New York City, for appellants.

Hess Crossland and James R. Ryan, Tulsa, Okl., Loyd Benefield, Oklahoma City, Okl., and Arthur M. Wisehart, New York City, for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on application of appellants.

James P. THOMPSON and Eugene Haas

v.

Warden Harry TINSLEY.

No. 6513.

United States Court of Appeals Tenth Circuit.

Nov. 16, 1960.

James Croft Fattor, Denver, Colo., for appellants.

Duke W. Dunbar, Atty. Gen., and J. F. Brauer, Asst. Atty. Gen., State of Colorado, for appellee.

Before BRATTON, PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

Willis D. HILL

v.

Harold A. COX, Warden, New Mexico State Penitentiary.

No. 6500.

United States Court of Appeals Tenth Circuit.

Nov. 18, 1960.

Martin G. Dumont, Denver, Colo., for appellant.

F. Harlan Flint and Carl P. Dunifon, Asst. Attys. Gen., State of New Mexico, for appellee.

Before MURRAH, Chief Judge, LEWIS, Circuit Judge, and RICE, District Judge.

PER CURIAM.

Appeal dismissed on ground appeal is moot.

James V. FARMER

v.

Tracy A. HAND, Warden, Kansas State Penitentiary, Lansing, Kansas.

No. 6444.

United States Court of Appeals Tenth Circuit.

Nov. 21, 1960.

Carl H. Seeliger, Jr., Denver, Colo., for appellant.

John Anderson, Jr., Atty. Gen., Charles N. Henson, Jr., Asst. Atty. Gen., and J. Richard Foth, Asst. Atty. Gen., State of Kansas, for appellee.

Before MURRAH, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.